# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA THOMPSON, an individual, ALEXIS BENTON, an individual, EMANI BURGESS, an individual,<br><br>*Individually and on behalf of all others similarly situated,*<br><br>    *Plaintiffs,*<br><br>v.<br><br>RCX, LLC dba STADIUM CLUB, a District of Columbia Limited Liability Company, RUDOLPH CLINE-THOMAS an individual,<br><br>    *Defendants.* | **Case No. 1:21-cv-03386-CJN**<br><br>**COLLECTIVE ACTION**<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DISCOVERY CUT-OFF AND RELATED DEADLINES** |

NOW COME plaintiffs Barbara Thompson, Alexis Benton, and Emani Burgess ("Plaintiffs") and defendants RCX, LLC dba Stadium Club and Rudolph Cline-Thomas ("Stadium Club" or "Defendants"), by and through their undersigned counsel of record, and hereby submit this Joint Stipulation requesting an extension of the deadlines regarding Discovery Cut-Off and all other related deadlines:

1. WHEREAS on April 21, 2022, this Honorable Court issued a Scheduling Order stating in part that:

   A. Discovery shall close on October, 31, 2022;

   B. Plaintiffs shall disclose experts on or before November 30, 2022;

   C. Defendants shall disclose experts on or before December 30, 2022; and

   Plaintiffs shall disclose rebuttal experts on or before January 15, 2023.

2. WHEREAS the Parties require additional time to complete discovery and complete depositions in this matter;

3. WHEREAS Defendant Rudolph Cline-Thomas filed a Motion to Dismiss on March 14, 2022, and the court has not granted their motion;

4. WHEREAS the required time needed to complete discovery likewise affects the date in which dispositive motions may be filed;

5. WHEREAS the Parties jointly agree that an extension of time is needed to complete the above, with enough time as to allow the Parties to effectively litigate the matter.

6. WHEREAS, the Parties jointly agree that the Discovery cut-off be extended from October 31, 2022, to **June 30, 2023;**

7. WHEREAS the Parties likewise jointly agree that the deadline for Defendants to disclose experts should likewise be moved out an from the original December 30, 2022 date to at least **July 30, 2023,** with Plaintiffs disclosure of rebuttal experts extended to **August 15, 2023.**

8. WHEREAS the Parties have mutually agreed to a September 13, 2023 trial date;

9. WHEREAS, this request for extension of time to file is not intended to cause

undue delay to the Court and will not prejudice any of the parties to this action, but is meant to preserve judicial efficiency in this matter.

WHEREFORE, the Parties hereby stipulate to the foregoing and request that the Court allow the Discovery Cut-Off Deadline to be continued to June 30, 2023, and Defendants related disclosure deadlines be continued to **July 30, 2023** with Plaintiffs disclosure of rebuttal experts extended to **August 15, 2023. The Parties have mutually agreed to a September 13, 2023 trial date.**

**IT IS SO STIPULATED.**

Dated: January 13, 2023

Respectfully submitted,

/s/ *John P. Kristensen*
John Kristensen, Esq.
USDC DC Bar ID CA00084
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 273-1230
Facsimile: (310) 858-1063
*kristensen@cz.law*
***Attorneys for Plaintiffs and all others similarly situated***

Dated: January 13, 2023

Respectfully submitted,

/s/ *William F. Savarino*
William F. Savarino
Joshua Schnell
**CORDATIS, LLP**
1011 Arlington Boulevard, Suite 375
Arlington, VA 22209
Email: bsavarino@cordatislaw.com
Email: jschnell@cordatislaw.com

/s/ *Richard L. Steer*
Richard L. Steer
**TARTER KRINSKY & DROGIN LLP**
1350 Broadway, NY10018
***RSteer@tarterkrinsky.com***
T: 212-216-8070
M: 917-817-8224
F: 212-216-8001
*RSteer@tarterkrinsky.com*

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I certify that on Friday, January 13, 2023 a true and correct copy of the attached **JOINT STIPULATION FOR EXTENSION OF TIME FOR DISCOVERY CUT-OFF AND RELATED DEADLINES** was served via CM/ECF upon the following parties pursuant to Fed. R. Civ. P. 5:

| | |
|---|---|
| William F. Savarino<br>Joshua Schnell<br>**CORDATIS, LLP**<br>1011 Arlington Boulevard, Suite 375<br>Arlington, VA 22209<br>Email: bsavarino@cordatislaw.com<br>Email: jschnell@cordatislaw.com<br><br>*Co-Counsel for Defendants RCX, LLC dba Stadium Club and Rudolph Cline-Thomas* | Richard L. Steer<br>**TARTER KRINSKY & DROGIN LLP**<br>1350 Broadway, NY 10018<br>RSteer@tarterkrinsky.com<br>T: 212-216-8070<br>M: 917-817-8224<br>F: 212-216-8001<br>Email: RSteer@tarterkrinsky.com<br><br>*Co-Counsel for Defendants RCX, LLC dba Stadium Club and Rudolph Cline-Thomas* |

 

                                                  */s/ John P. Kristensen*
                                                    John P. Kristensen