UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARBARA THOMPSON, *et al.*,

    *Plaintiffs*,

v.

RCX, LLC d/b/a STADIUM CLUB, *et al.*,

    *Defendants*.

Civil Action No. 1:21-cv-03386 (CJN)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Defendant Rudolph Cline-Thomas's Motion to Dismiss, ECF No. 19, is **DENIED**; and it is further

**ORDERED** that Plaintiffs' Motion for Conditional Certification of a Collective Action and Issuance of Notice, ECF No. 26, is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Pursuant to 29 U.S.C. § 216(b), this case is conditionally certified as a collective action on behalf of the following class:

    All persons who (i) are currently employed as an exotic dancer at Stadium Club or were employed within the two-year statute of limitations period, as set forth in 29 U.S.C. § 256(b); (ii) are or were classified by the Defendants as an independent contractor and subject to the Defendants' wage and tip policies; and (iii) choose to opt into this action.

2. Within seven days of the date of this Order, Defendants' counsel shall provide to Plaintiffs' counsel the names, last known mailing addresses, email addresses, mobile

1

      phone numbers, and dates of employment of all dancers who have worked at Stadium Club at any time in the two years preceding the date of this Order.

3. The notices and consent forms shall be substantially the same as Exhibits 1 and 2 to Plaintiffs' Motion for Conditional Certification and Issuance of Notice, ECF Nos. 26-5 and 26-6, with any modifications required to bring the forms in compliance with this Order and the Memorandum Opinion.

4. The notices and consent forms may be issued via U.S. mail, email, and text message. Plaintiffs may mail, email, and text **one** reminder to any potential opt-in plaintiff who has not opted in within 45 days of the first notice. The mailing shall be at the sole cost and expense of Plaintiffs.

5. Within fourteen days of the date of this Order, Defendants shall post laminated copies of the notice and consent form in a conspicuous place in each of Stadium Club's dressing rooms for exotic dancers. The copies shall measure at least 3 ft x 5 ft.

6. The consent forms shall be returned by mail to the Clerk of the Court.

7. The notice period shall run until 90 days from the date of this Order.

DATE:  February 22, 2023

                                                      CARL J. NICHOLS  
                                                      United States District Judge